# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **V.** | : | 1:15CR83-6 |
| | : | |
| | : | |
| **IRMA ALVARADO ROMAN** | : | |
| Aka Irma Alverado Roman | | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Alan Doorasamy, Sr. as Counsel of Record for, Irma Alvarado Roman, in this matter before the United States Court for the Middle District Of North Carolina.

**This the 5th day of March 2015**

/ s / Alan Doorasamy Sr.
**ALAN DOORASAMY**
**State Bar #: 31493**
**215 N. Broad Street**
**Winston-Salem, NC 27101**
**336-777-3773 (Office)**
**336-723-3825 (Facsimile)**
**Email: alan@dooralaw.com**

# CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

1. Randall Galyon, Esq.
   Assistant United States Attorney for the Middle District of North Carolina,
   P.O. Box 1858,
   Greensboro, North Carolina 27402

**This the 5th day of March 2015**

> **/ s / Alan Doorasamy Sr.**
> **ALAN DOORASAMY, SR**
> **State Bar #: 31493**
> **215 N. Broad Street**
> **Winston-Salem, NC 27101**
> **336-777-3773 (Office)**
> **336-723-3825 (Facsimile)**
> **Email: alan@dooralaw.com**